Gmail

Clayton Giles <cgiles@drms.ms>

## Palmer Home /DMRS Designation Executive Order
20 messages

**Clayton Giles** <cgiles@drms.ms>  Mon, Jan 8, 2024 at 3:35 PM
To: amanda.tollison@butlersnow.com
Cc: Greta Martin <gmartin@drms.ms>

Hi Amanda,

It was very nice to speak to you today. I have tracked down a copy of the original executive order designating us the Protection and Advocacy Agency for Mississippi. As I mentioned over the phone, we have changed names since then. In 1982, we were known as the Mississippi Protection and Advocacy System for the Developmentally Disabled. I am sure you can understand why we chose to streamline the name. Not a catchy acronym at all.

I hope this will put your clients' minds at ease. We look forward to meeting them and gaining a better understanding of their important work.

If there is anything else you require please let me know. I have cc'd our Litigation/Legal Director, Greta Martin, so you would have her contact information as well.

Thanks again,
--
*Clayton Giles*
*Monitoring Attorney*

**DISABILITY RIGHTS MISSISSIPPI**
5 Old River Place, Suite 101
Jackson, Mississippi 39202
**Telephone:** 601-968-0600
Fax: 601-968-0665
**Toll Free:** 800-772-4057
***TTY Available***

*CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone, and delete the original message.*

 designationletter.png
2352K



**Amanda Tollison** <Amanda.Tollison@butlersnow.com>  Tue, Jan 9, 2024 at 5:35 PM
To: Clayton Giles <cgiles@drms.ms>
Cc: Greta Martin <gmartin@drms.ms>

Thanks for sending this designation, Clayton, and for introducing me to Greta.

As I mentioned, Palmer Home is regulated by the MS State Department of Health, so they are familiar with communications, campus visits, and compliance with department regulations and requirements to which they are subject under MS law. PH also often works with MS Child Protection Agency on some foster care cases. As we discussed, PH staff and director are not familiar with DRMS or the types

of requirements that could be placed on PH. Could we have a quick follow-up call tomorrow just to talk through what PH staff should expect, the types of requirements that DRMS puts on facilities like PH, and how often campus tours take place, etc.? I should have asked you those things yesterday.

I'm generally around tomorrow. Thanks so much.

Amanda

## Amanda Jones Tollison

## Butler Snow LLP

D: (662) 513-8007 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Amanda.Tollison@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Clayton Giles <cgiles@drms.ms>
**Sent:** Monday, January 8, 2024 3:35 PM
**To:** Amanda Tollison <Amanda.Tollison@butlersnow.com>
**Cc:** Greta Martin <gmartin@drms.ms>
**Subject:** Palmer Home /DMRS Designation Executive Order

**Clayton Giles** <cgiles@drms.ms>  Fri, Jan 12, 2024 at 2:05 PM
To: Amanda Tollison <Amanda.Tollison@butlersnow.com>

Sounds good, talk to you then.
[Quoted text hidden]

---

**Clayton Giles** <cgiles@drms.ms>  Thu, Jan 25, 2024 at 9:09 AM
To: amanda.tollison@butlersnow.com

Hi Amanda,

Just wanted to follow up with you about the visit to Palmer Home. I have not heard from Palmer yet. Do they have some potential dates in mind for our visit?

Thanks,

Clayton Giles

On Mon, Jan 8, 2024 at 3:35 PM Clayton Giles <cgiles@drms.ms> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Amanda Tollison** <Amanda.Tollison@butlersnow.com>  Fri, Jan 26, 2024 at 10:43 AM
To: Clayton Giles <cgiles@drms.ms>

Clayton,

It may be that they were thinking that the call was coming from you instead of them. I will let them know that they need to reach out to you to set up a date and time.

Amanda

## Amanda Jones Tollison

## Butler Snow LLP

D: (662) 513-8007 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Amanda.Tollison@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Clayton Giles <cgiles@drms.ms>
**Sent:** Thursday, January 25, 2024 9:10 AM
**To:** Amanda Tollison <Amanda.Tollison@butlersnow.com>
**Subject:** Re: Palmer Home /DMRS Designation Executive Order

[Quoted text hidden]

[Quoted text hidden]

image001.png
1K

**Amanda Tollison** <Amanda.Tollison@butlersnow.com>  Fri, Jan 26, 2024 at 10:47 AM
To: Clayton Giles <cgiles@drms.ms>

Also, we in North MS were pretty much snowed/iced in all of last week and early this week. Ole Miss didn't return to classes until yesterday. I was working remotely from MLK day until this Tuesday. They had similar weather in Desoto Co. if not worse. So they may not have had administrative people coming into work.

[Quoted text hidden]
[Quoted text hidden]

image001.png
1K

**Clayton Giles** <cgiles@drms.ms>  Fri, Jan 26, 2024 at 10:59 AM
To: Amanda Tollison <Amanda.Tollison@butlersnow.com>

Okay then. Sorry for the misunderatanding. So sorry the weather had been so severe. I will give them a call Monday. Do you have a direct number for the person who will help facilitate the visit?

Clayton
[Quoted text hidden]

---

**Amanda Tollison** <Amanda.Tollison@butlersnow.com>  Sun, Jan 28, 2024 at 6:19 PM
To: Clayton Giles <cgiles@drms.ms>

I will be talking to the executive director on Monday, and then I'll let you know who the appropriate person to call is.

I'll be back in touch.

Amanda

## Amanda Jones Tollison

## Butler Snow LLP

D: (662) 513-8007 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Amanda.Tollison@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Clayton Giles <cgiles@drms.ms>
**Sent:** Friday, January 26, 2024 10:59 AM
**To:** Amanda Tollison <Amanda.Tollison@butlersnow.com>
**Subject:** Re: Palmer Home /DMRS Designation Executive Order

[Quoted text hidden]
[Quoted text hidden]

> **image001.png**
> 1K

**Clayton Giles** <cgiles@drms.ms>  Sun, Jan 28, 2024 at 6:43 PM
To: Amanda Tollison <Amanda.Tollison@butlersnow.com>

Thank you so much, Amanda!
[Quoted text hidden]

**Clayton Giles** <cgiles@drms.ms>  Tue, Jan 30, 2024 at 8:52 AM
To: Amanda Tollison <Amanda.Tollison@butlersnow.com>
Cc: Greta Martin <gmartin@drms.ms>

Hi Amanda,

I am changing jobs and will be leaving DRMS. Thank you so much for all your help on this project. DRMS still wants to visit and get to know Palmer Home better. The new point person on this project will be our Litigation Director, Greta Martin.

Again, it has been a pleasure to work with you. Hope to see you around.

Thanks,

Clayton Giles
[Quoted text hidden]