On Mon, Mar 18, 2024 at 2:56 PM Amanda Tollison <Amanda.Tollison@butlersnow.com> wrote:

Hi, Elise,

Thanks for your email. I talked to the Executive Director, Drake Bassett, today and let him know of your desire to make a monitoring visit tomorrow while you are in the area. Unfortunately, Palmer Home has several events and a ceremony for residents, invited guests, and visitors scheduled for tomorrow, which will involve him as well as other members of the Palmer Home team, such that the appropriate staff will not be available to meet with you and your colleague on such short notice.

Drake did offer up two dates next week for a visit – the afternoon of March 26th and the morning of March 27th. Please let me know which day and time works for you, and then if you could kindly provide the name of your colleague and any other information on this initial meeting to facilitate a productive meeting, that would be appreciated.

Thank you very much.

Sincerely,

Amanda Tollison

**Amanda Jones Tollison**

**Butler Snow LLP**

D: (662) 513-8007 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Amanda.Tollison@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube


EXHIBIT B

**From:** Elise Rueff <erueff@drms.ms>
**Sent:** Monday, March 18, 2024 11:28 AM
**To:** Amanda Tollison <Amanda.Tollison@butlersnow.com>
**Cc:** Greta Martin <gmartin@drms.ms>
**Subject:** Palmer Home visit 3/19

Hi Amanda, I am the investigator for Disability Rights Mississippi and I spoke with Clayton Giles before his departure about a monitoring visit to Palmer Home's North Mississippi location. Our children's advocate and I are planning to be in the area tomorrow and would like to visit the facility. Please let me know if this works for them. I have cc'd Greta Martin, our litigation director, if you have any questions. Thanks so much

--

Elise Rueff

*Lead Investigator*

**DISABILITY RIGHTS MISSISSIPPI**

5 Old River Place, Suite 101

Jackson, MS 39202
601-968-0600
601-968-0665 (fax)
erueff@drms.ms

*CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, or copying of this*