**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DISABILITY RIGHTS MISSISSIPPI**                                      **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 1:24-CV-99-SA-DAS**

**PALMER HOME FOR CHILDREN**                                            **DEFENDANT**

---

**AFFIDAVIT OF ANNA BROOKE WARREN**

---

Before me, the undersigned authority, on this day personally appeared Anna Brooke Warren, who having been duly sworn, states the following:

1.      My name is Anna Brooke Warren.  I am over twenty-one years of age.  I have personal knowledge of the facts stated in this affidavit and, if called as a witness, could testify competently to the matters set forth herein.

2.      I am the Vice-President of Compliance ("VP-Compliance") of Palmer Home for Children ("Palmer Home") and have served in that capacity since 2018.  As VP-Compliance, I have knowledge of the applicable state laws regulations, specifically including Miss. Code 43-16-1 *et seq.* and Title 15, Part 11, Subpart 55, Chapter 3: Regulations Governing Registration of Child Residential Homes promulgated by the Mississippi State Department of Health ("MSDH"), that govern and apply to Palmer Home as a Child Residential Home.  I regularly review correspondence from the MSDH, the state agency that licenses and regulates Palmer Home, to ensure compliance with applicable state laws and regulations.

3.      Palmer Home is not licensed or regulated by the Mississippi Department of Mental Health (MDMH) and is exempt from licensure by the Mississippi Department of Child Protection Services (MDCPS).

**EXHIBIT
A**

4. Palmer Home is a private, faith-based group home that provides a structured, family-like environment to children. Children accepted for placement at Palmer Home are cared for day-to-day by houseparents, standing in as nurturing parents, and live in one of six (6) cottages on campus where up to eight (8) children may reside. *See* Exhibit A-1, Houseparents description. Because Palmer Home is a private, faith-based group home with specified policies and guidelines for intake and admission, it does not accept every applicant unlike the Mississippi Department of Child Protection Services ("MDCPS"), which is the state foster care agency.

5. Palmer Home also provides support to children and birth families through case management provided by a case manager, who is assigned to children to ensure that appropriate referrals are made when needed and that children's basic needs are met as well as to coordinate and facilitate visits between children and biological families as they work toward reunification. *See* Exhibit A-2, Case Manager – Campus Care.

6. As VP-Compliance, I oversee the intake process at Palmer Home and have knowledge of the children accepted for placement at Palmer Home and those who are denied placement. I have been a part of the team that helped develop and/or revise the applications, intake forms, and guidelines, as well as the organizational policies that have been adopted by Palmer Home's Board of Directors, including the following:

- Child Intake Application (A-3)

- Intake Screening Form (A-4)

- Whole Child Plan of Care (A-5)

- Admissions and Discharge Policy (A-6)

- Admissions and Discharge Guideline (A-7)

2

*See* Exhibits A-3 – A-7 to this Affidavit. The current Admissions and Discharge Policy has been in place in substantially the same form since 2018. As VP-Compliance, I work to ensure that Palmer Home complies with all internal policies and guidelines adopted by the Board of Directors.

7. I am familiar with Palmer Home's admission process, which includes an Intake Screening Form and a Child Intake Application. *See* Ex. A-3, A-4. These intake documents contain a questionnaire for parents or legal guardians of children to complete, which requests the following information: facilities or programs where the child has lived, behavior characteristics, abuse history, medical and mental health information, including whether the child has a physical or medical or learning disability, developmental delays, required therapies, mental or behavioral health diagnoses and the identity of the diagnosing physician, chronic medical conditions or diagnoses, past history of mental illness, and current treatment services for emotional needs or mental health diagnoses. This requested information helps Palmer Home determine whether the applicant has been diagnosed with a mental illness or has been determined to have a developmental or other disability and is in need of treatment services, which Palmer Home does not provide.

8. Appropriate staff review the Child Intake Application and Intake Screening Form, as well as the medical, educational, behavioral records and/or documented assessments and diagnoses released to Palmer Home and evaluate that information to determine if the application aligns with its Policy and Guideline for admission. If the recommendation is to admit the child, then the application is approved by the Vice-President of Programs, the CEO and me. Palmer Home does not guarantee placement.

9. Palmer Home does not accept for placement children who are described as follows:

- Medically fragile children and youth, or those with severe physical, developmental or intellectual needs, or children and youth requiring 24-hour personal assistance;

- Children with certain behavioral or emotional diagnoses requiring specialized treatment and care, such as but not limited to:

  (1) children with history of patterned violence or aggression toward others, sexual reactivity or diagnosed mental illness or severe emotional disturbances, or

  (2) children with certain trauma experiences or disorders requiring specialized clinical treatment and care, such as but not limited to active suicidal ideation, substance abuse disorders, history of pervasive sexual exploitation (child victims of sex trafficking), eating disorders.

- Certain emergency situations as determined on a case-by-case basis.

- Pregnant minors because they require specialized care. *See* Ex. A-6, A-7.

10. The care that Houseparents and other staff provide to children residing at Palmer Home is "holistic care," "trauma-informed care" and/or general parental nurturing care and does not include:

"Services provided to prevent, identify, reduce or stabilize mental illness or emotional impairment such as mental health screening, evaluation, counseling, biomedical, behavioral and psychotherapies, supportive or other adjunctive therapies, medication supervision, special education and rehabilitation, even if only 'as needed' or under a contractual arrangement."

42 C.F.R. § 51.2; *see* Exhibits A-1 – A-7.

11. Palmer Home does not accept for placement any children with severe, chronic developmental or other disabilities because it does not have the capacity to provide care and

treatment services to "medically fragile children and youth, or those with severe physical, developmental or intellectual needs." Palmer Home screens out and does not accept:

- Children with a severe chronic disability of an individual

  - that is attributable to a mental or physical impairment or combination of mental and physical impairments;

  - is manifested before the individual attains age 22;

  - is likely to continue indefinitely;

  - results in substantial functional limitations in 3 or more of the following areas of major life activity:

    (1)  Self-care,

    (2)  Receptive and expressive language,

    (3)  Learning,

    (4)  Mobility,

    (5)  Self-direction,

    (6)  Capacity for independent living,

    (7)  Economic self-sufficiency; and

  - reflects the individual's need for a combination and sequence of special, interdisciplinary, or generic services, individualized supports, or other forms of assistance that are of lifelong or extended duration and are individually planned and coordinated.

*See* Ex. A-3, A-6 – A-7; *see also* PADD, 42 U.S.C. § 15002(8).

12.  Palmer Home also screens out children with severe chronic disability attributable to a mental or physical impairment that substantially limits one or more "major life activities" as defined by PAIR, 29 U.S.C § 705(9) and 24 U.S.C. § 12102(2). *See* Ex. A-6, A-7.

13.  As VP-Compliance, I am generally familiar with the number of children who reside at Palmer Home on a monthly basis and with the number of applications that are received, as well as accepted and denied on a monthly basis.

- During 2023, Palmer Home received 172 inquiries for placement.

- During 2024, Palmer Home received 147 inquiries for placement.

- Thus far in 2025, Palmer Home has received 133 inquiries for placement.

*See* PH-397—PH-404, attached as Ex. A-8 to this Affidavit.

14. Palmer Home's Referral Data demonstrates that applicants who have been diagnosed with behavioral, mental or emotional disorders, or who have developmental or other disabilities and/or who are in need of therapeutic care and residential treatment services are denied placement at Palmer Home. *See Id.*

15. Palmer Home's Referral Data for 2023-2025 also shows the following:

- During 2023, Palmer Home averaged twenty-nine (29) children residing on campus annually.

- During 2024, Palmer Home averaged twenty-five (25) children residing on campus annually.

- In 2025, Palmer Home has averaged twenty-seven (27) children residing on campus. *Id.*

16. All Palmer Home houseparents, staff, employees, and even prospective employees have been issued a valid Letter of Suitability, which confirms that multiple background checks, including an FBI national criminal history records check (fingerprinting), State Child Abuse Central Registry Checks, National Crime Information Center (NCIC), National Sex Offender Registry (NSOR) Sex Offender Records Check, and State sex offender registry check, are completed and every employed or volunteer staff has been cleared by the MSDH. This is also consistent with Palmer Home's Background Clearance Policy and Guideline, attached Ex. A-9, A-

10. For annual renewal, Palmer Home submits affidavits to the MSDH certifying compliance with this and all other requirements. *See* Ex. A-11.

17. As VP-Compliance of Palmer Home during the time frame of the allegations in DRMS's Complaint [1] allegedly occurred (2022-2023),[1] I am aware that the MSDH investigated all of those claims and found them all to be unsubstantiated and further determined that Palmer Home was in compliance with all applicable laws and regulations.[2] The MSDH most recently inspected Palmer Home for its 2025 renewal on December 16, 2024, and found it to be in compliance with all legal and regulatory requirements. *See* PH-092—PH-102, attached as Ex. A-12. In fact, at no point since Palmer Home has been certified, registered with, regulated and audited by the MSDH has the MSDH ever suspended or revoked Palmer Home's certification.

*[remainder of page intentionally left blank]*

---

[1] "In late 2023, DRMS received reports indicating potential abuse and neglect at Palmer Home. The complaint received by DRMS outlined several serious concerns from former staff and residents, including the hiring of a convicted felon as campus director, instances of residents becoming pregnant while in care, allegations of verbal and emotional abuse, reports of suicide, and the termination of staff members who attempted to report these incidents." Complaint [1] at 4 (¶¶ 20-21).

[2] *See* DRMS Initial Disclosures, specifically DRMS_INITIAL035-058, which includes MSDH Child Care Licensure Investigation Forms, Child Care Encounters, Residential Facility Inspection Reports and Checklists dated 2022 and 2023, attached as Exhibit C to the Motion for Summary Judgment.

STATE OF MISSISSIPPI      §
                               §
COUNTY OF DESOTO      §

BEFORE ME, the undersigned authority, on this day personally appeared Anna Brooke Warren, known to me to be the person whose name is subscribed to the foregoing instrument, and after being by me first duly sworn upon her oath deposes and says that she is personally acquainted with the facts herein stated, and that said statements are true and correct.

_____
Anna Brooke Warren

The above and foregoing Affidavit was subscribed and sworn to or affirmed before me on this 23rd day of April, 2025 by Anna Brooke Warren.

_____
[Notary Public]

My Commission Expires: July 24, 2026

93288982.v1



8