T. E. LOTT & COMPANY
CPAs and Business Advisors since 1926

QUALITY • INTEGRITY • SERVICE • PROFESSIONALISM

October 30, 2023

Board of Directors
Palmer Home for Children and
Mississippi Sheriffs' Boys and Girls Ranch, Inc.
Columbus, Mississippi

Enclosed is one copy of the combined financial statements and independent auditors' report of Palmer Home for Children and Mississippi Sheriffs' Boys and Girls Ranch, Inc., as of June 30, 2023 and 2022. If you have any questions regarding this report, please do not hesitate to contact us.

Very truly yours,

*T. E. Lott & Company*

EXHIBIT
tabbies
E

COLUMBUS
221 Seventh St. North
P. O. Box 471
Columbus, MS 39703-0471
Tel: 662.328.5387
Fax: 662.329.4993

STARKVILLE
106 B South Washington St.
P. O. Box 80282
Starkville, MS 39759-0282
Tel: 662.323.1234
Fax: 662.323.1284

TUSCALOOSA
6834 Hwy. 69 South
Tuscaloosa, AL 35405
Tel: 205.759.4195
Fax: 205.759.1018

www.telott.com

# PALMER HOME FOR CHILDREN AND MISSISSIPPI SHERIFFS' BOYS AND GIRLS RANCH, INC.

## COMBINED FINANCIAL STATEMENTS

## AND

## INDEPENDENT AUDITORS' REPORT

## JUNE 30, 2023 AND 2022

# PALMER HOME FOR CHILDREN AND MISSISSIPPI SHERIFFS' BOYS AND GIRLS RANCH, INC.

## COMBINED STATEMENTS OF FUNCTIONAL EXPENSES

## FOR THE YEARS ENDED JUNE 30, 2023 AND 2022

| | Net Assets Without Donor Restrictions | | Net Assets With Restrictions | | Totals | |
|---|---|---|---|---|---|---|
| | **2023** | 2022 | **2023** | 2022 | **2023** | 2022 |
| ***PROGRAM SERVICES*** | | | | | | |
| Salaries | **$ 1,398,673** | $ 1,323,128 | **$ -** | $ - | **$ 1,398,673** | $ 1,323,128 |
| Payroll related | **225,274** | 195,914 | **-** | - | **225,274** | 195,914 |
| Healthcare - staff | **229,792** | 211,281 | **-** | - | **229,792** | 211,281 |
| Education | **47,476** | 42,511 | **-** | - | **47,476** | 42,511 |
| Food | **211,977** | 195,161 | **-** | - | **211,977** | 195,161 |
| Healthcare - child | **92,004** | 111,639 | **-** | - | **92,004** | 111,639 |
| Clothing | **32,834** | 32,479 | **-** | - | **32,834** | 32,479 |
| Transportation | **304,262** | 279,411 | **-** | - | **304,262** | 279,411 |
| Housing | **289,559** | 295,721 | **-** | - | **289,559** | 295,721 |
| General child welfare | **716,066** | 536,907 | **-** | - | **716,066** | 536,907 |
| General child welfare in-kind | **299,692** | 300,248 | **-** | - | **299,692** | 300,248 |
| Depreciation and amortization | **357,548** | 329,957 | **-** | - | **357,548** | 329,957 |
| Total program services | **4,205,157** | 3,854,357 | **-** | - | **4,205,157** | 3,854,357 |
| ***SUPPORT SERVICES*** | | | | | | |
| Administrative: | | | | | | |
| Salaries | **425,997** | 479,833 | **-** | - | **425,997** | 479,833 |
| Payroll related | **82,252** | 92,192 | **-** | - | **82,252** | 92,192 |
| Healthcare - staff | **34,991** | 34,891 | **-** | - | **34,991** | 34,891 |
| Equipment | **13,062** | 15,547 | **-** | - | **13,062** | 15,547 |
| General insurance | **15,476** | 11,505 | **-** | - | **15,476** | 11,505 |
| Other | **75,911** | 79,191 | **-** | - | **75,911** | 79,191 |
| Travel and meals | **24,979** | 42,452 | **-** | - | **24,979** | 42,452 |
| Depreciation and amortization | **3,059** | 3,609 | **-** | - | **3,059** | 3,609 |
| Professional and other fees | **344,071** | 231,744 | **-** | - | **344,071** | 231,744 |
| Total administrative | **1,019,798** | 990,964 | **-** | - | **1,019,798** | 990,964 |
| Fund raising: | | | | | | |
| Salaries | **708,980** | 635,950 | **-** | - | **708,980** | 635,950 |
| Payroll-related | **109,495** | 89,340 | **-** | - | **109,495** | 89,340 |
| Healthcare - staff | **81,316** | 74,670 | **-** | - | **81,316** | 74,670 |
| Marketing | **77,058** | 84,545 | **-** | - | **77,058** | 84,545 |
| Travel and meals | **23,411** | 67,330 | **-** | - | **23,411** | 67,330 |
| Equipment | **24,371** | 30,463 | **-** | - | **24,371** | 30,463 |
| General insurance | **35,292** | 27,965 | **-** | - | **35,292** | 27,965 |
| Other | **165,473** | 131,294 | **-** | | **165,473** | 131,294 |
| Professional and other fees | **5,295** | 14,921 | **-** | - | **5,295** | 14,921 |
| Total fund raising | **1,230,691** | 1,156,478 | **-** | - | **1,230,691** | 1,156,478 |
| Total support services | **2,250,489** | 2,147,442 | **-** | - | **2,250,489** | 2,147,442 |
| Total expenses | **$ 6,455,646** | $ 6,001,799 | **$ -** | $ - | **$ 6,455,646** | $ 6,001,799 |

The accompanying notes are an integral part of these statements.

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**JUNE 30, 2023 AND 2022**

## *DESCRIPTION OF ORGANIZATIONS*

Palmer Home for Children (Home) and Mississippi Sheriffs' Boys and Girls Ranch, Inc. (Ranch) (the Organizations) are both not-for-profit organizations located in Columbus, Mississippi. Both entities' principal programs include residential care, foster home care, counseling individuals and families, and adoption of children in selected individual cases. The Whole Child Initiative, Palmer Home's approach to care, emphasizes child development by focusing on four components: physical development, emotional healing, educational support, and spiritual growth. They also conduct a program of public information and awareness, encouraging Christian family values and presenting other issues of importance to the general public at large. The Home also oversees a ministry of Christian caregivers who provide temporary, and sometimes long-term, care for children of mothers who are incarcerated or unable to care for their children; this ministry is referred to as Jonah's Journey.

The Home and Ranch are exempt from income tax under Section 501(c)(3) of the U. S. Internal Revenue Code and comparable state laws, and contributions to them are tax deductible within the limitations prescribed by the Code.

On April 26, 2005, the members of the Boards of Directors of the Home and Ranch adopted resolutions transferring control of the Ranch to the members of the Board of Directors of the Home. The purpose of the transfer was to further advance the mission of the Ranch, enabling it to achieve its founding vision while further enhancing the program offerings of the Home. Accordingly, in connection with the transfer, the parties agreed to combine the accounts of the Ranch with the Home as of January 1, 2006.

## *NOTE A - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*

The significant accounting policies followed and described below are presented to enhance the usefulness of the combined financial statements to the reader.

### *1. Basis of Presentation*

The financial statements of the Home and Ranch have been prepared on the accrual basis in accordance with accounting principles generally accepted in the United States of America. The financial statements are presented in accordance with Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 958 dated August 2016, and the provisions of the American Institute of Certified Public Accountants (AICPA) "Audit and Accounting Guide for Not-for-Profit Organizations" (the Guide). (ASC) 958-205 was effective January 1, 2018, and requires the Home and Ranch to report information regarding their financial position and activities according to the following net asset classifications:

T. E. LOTT & COMPANY
CPAs and Business Advisors since 1926

QUALITY • INTEGRITY • SERVICE • PROFESSIONALISM

November 19, 2024

Board of Directors
Palmer Home for Children and
Mississippi Sheriffs' Boys and Girls Ranch, Inc.
Columbus, Mississippi

Enclosed is one copy of the combined financial statements and independent auditors' report of Palmer Home for Children and Mississippi Sheriffs' Boys and Girls Ranch, Inc., as of June 30, 2024 and 2023. If you have any questions regarding this report, please do not hesitate to contact us.

Very truly yours,

*T. E. Lott & Company*

COLUMBUS
221 Seventh St. North
P. O. Box 471
Columbus, MS 39703-0471
Tel: 662.328.5387
Fax: 662.329.4993

STARKVILLE
106 B South Washington St.
P. O. Box 80282
Starkville, MS 39759-0282
Tel: 662.323.1234
Fax: 662.323.1284

TUSCALOOSA
6834 Hwy. 69 South
Tuscaloosa, AL 35405
Tel: 205.759.4195
Fax: 205.759.1018

www.telott.com

# PALMER HOME FOR CHILDREN AND MISSISSIPPI SHERIFFS' BOYS AND GIRLS RANCH, INC.

## COMBINED FINANCIAL STATEMENTS

## AND

## INDEPENDENT AUDITORS' REPORT

## JUNE 30, 2024 AND 2023

# PALMER HOME FOR CHILDREN AND MISSISSIPPI SHERIFFS' BOYS AND GIRLS RANCH, INC.

## COMBINED STATEMENTS OF FUNCTIONAL EXPENSES

## FOR THE YEARS ENDED JUNE 30, 2024 AND 2023

| | Net Assets Without Donor Restrictions | | Net Assets With Restrictions | | Totals | |
|---|---|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 | 2024 | 2023 |
| ***PROGRAM SERVICES*** | | | | | | |
| Salaries | $ 1,530,250 | $ 1,398,673 | $ - | $ - | $ 1,530,250 | $ 1,398,673 |
| Payroll related | 197,771 | 225,274 | - | - | 197,771 | 225,274 |
| Healthcare - staff | 198,819 | 229,792 | - | - | 198,819 | 229,792 |
| Education | 33,549 | 47,476 | - | - | 33,549 | 47,476 |
| Food | 205,804 | 211,977 | - | - | 205,804 | 211,977 |
| Healthcare - child | 80,747 | 92,004 | - | - | 80,747 | 92,004 |
| Clothing | 26,229 | 32,834 | - | - | 26,229 | 32,834 |
| Transportation | 327,463 | 304,262 | - | - | 327,463 | 304,262 |
| Housing | 225,570 | 289,559 | - | - | 225,570 | 289,559 |
| General child welfare | 723,219 | 716,066 | - | - | 723,219 | 716,066 |
| General child welfare in-kind | 301,046 | 299,692 | - | - | 301,046 | 299,692 |
| Depreciation and amortization | 558,015 | 357,548 | - | - | 558,015 | 357,548 |
| Total program services | 4,408,482 | 4,205,157 | - | - | 4,408,482 | 4,205,157 |
| ***SUPPORT SERVICES*** | | | | | | |
| Administrative: | | | | | | |
| Salaries | 423,455 | 425,997 | - | - | 423,455 | 425,997 |
| Payroll related | 71,673 | 82,252 | - | - | 71,673 | 82,252 |
| Healthcare - staff | 25,385 | 34,991 | - | - | 25,385 | 34,991 |
| Equipment | 9,865 | 13,062 | - | - | 9,865 | 13,062 |
| General insurance | 13,673 | 15,476 | - | - | 13,673 | 15,476 |
| Other | 18,876 | 75,911 | - | - | 18,876 | 75,911 |
| Travel and meals | 19,356 | 24,979 | - | - | 19,356 | 24,979 |
| Depreciation and amortization | 2,071 | 3,059 | - | - | 2,071 | 3,059 |
| Professional and other fees | 366,108 | 344,071 | - | - | 366,108 | 344,071 |
| Total administrative | 950,462 | 1,019,798 | - | - | 950,462 | 1,019,798 |
| Fund raising: | | | | | | |
| Salaries | 753,707 | 708,980 | - | - | 753,707 | 708,980 |
| Payroll-related | 112,230 | 109,495 | - | - | 112,230 | 109,495 |
| Healthcare - staff | 85,493 | 81,316 | - | - | 85,493 | 81,316 |
| Marketing | 52,829 | 77,058 | - | - | 52,829 | 77,058 |
| Travel and meals | 23,717 | 23,411 | - | - | 23,717 | 23,411 |
| Equipment | 19,629 | 24,371 | - | - | 19,629 | 24,371 |
| General insurance | 41,944 | 35,292 | - | - | 41,944 | 35,292 |
| Other | 186,642 | 165,473 | - | | 186,642 | 165,473 |
| Professional and other fees | 26,269 | 5,295 | - | - | 26,269 | 5,295 |
| Total fund raising | 1,302,460 | 1,230,691 | - | - | 1,302,460 | 1,230,691 |
| Total support services | 2,252,922 | 2,250,489 | - | - | 2,252,922 | 2,250,489 |
| Total expenses | $ 6,661,404 | $ 6,455,646 | $ - | $ - | $ 6,661,404 | $ 6,455,646 |

The accompanying notes are an integral part of these statements.

**PALMER HOME FOR CHILDREN AND**
**MISSISSIPPI SHERIFFS' BOYS AND GIRLS RANCH, INC.**

**NOTES TO COMBINED FINANCIAL STATEMENTS**

**JUNE 30, 2024 AND 2023**

## *DESCRIPTION OF ORGANIZATIONS*

Palmer Home for Children (Home) and Mississippi Sheriffs' Boys and Girls Ranch, Inc. (Ranch) (the Organizations) are both not-for-profit organizations located in Columbus, Mississippi. Both entities' principal programs include residential care, foster home care, counseling individuals and families, and adoption of children in selected individual cases. The Whole Child Initiative, Palmer Home's approach to care, emphasizes child development by focusing on four components: physical development, emotional healing, educational support, and spiritual growth. They also conduct a program of public information and awareness, encouraging Christian family values and presenting other issues of importance to the general public at large. The Home also oversees a ministry of Christian caregivers who provide temporary, and sometimes long-term, care for children of mothers who are incarcerated or unable to care for their children; this ministry is referred to as Jonah's Journey.

The Home and Ranch are exempt from income tax under Section 501(c)(3) of the U. S. Internal Revenue Code and comparable state laws, and contributions to them are tax deductible within the limitations prescribed by the Code.

On April 26, 2005, the members of the Boards of Directors of the Home and Ranch adopted resolutions transferring control of the Ranch to the members of the Board of Directors of the Home. The purpose of the transfer was to further advance the mission of the Ranch, enabling it to achieve its founding vision while further enhancing the program offerings of the Home. Accordingly, in connection with the transfer, the parties agreed to combine the accounts of the Ranch with the Home as of January 1, 2006.

## *NOTE A - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*

The significant accounting policies followed and described below are presented to enhance the usefulness of the combined financial statements to the reader.

### *1. Basis of Presentation*

The financial statements of the Home and Ranch have been prepared on the accrual basis in accordance with accounting principles generally accepted in the United States of America. The financial statements are presented in accordance with Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 958 dated August 2016, and the provisions of the American Institute of Certified Public Accountants (AICPA) "Audit and Accounting Guide for Not-for-Profit Organizations" (the Guide). (ASC) 958-205 was effective January 1, 2018, and requires the Home and Ranch to report information regarding their financial position and activities according to the following net asset classifications: